JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CARLOS ARQUIME PORTILLO NUNEZ,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

Case No. 5:26-cv-06008-KES

**JUDGMENT**

Pursuant to the Court's Order Denying the Petition, IT IS ADJUDGED that Ground 1 of the Petition is denied, and Grounds 2 and 3 are dismissed without prejudice

DATED: October 28, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE